JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANELL V. BENNETT,<br><br>                              Plaintiff,<br><br>              v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br>Administration,<br><br>                              Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CV 13-7917-SP

**JUDGMENT**

        Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

        IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.


Dated: October 2, 2014

_____
SHERI PYM
United States Magistrate Judge